| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHMETTERER, JACK B. | UNITED STATES BANKRUPTCY COURT | 05/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. BANKRUPTCY JUDGE - ACTIVE | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

219 SOUTH DEARBORN STREET
ROOM 600
CJICAGO. IL 606045

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADVISORY BOARD | JOHN HOWARD ASSOCIATION |
| 2. MEMBER | FEDERAL BAR ASSOCIATION, CHICAGO CHAPTER |
| 3. MEMBER | LAWYERS CLUB OF CHICAGO |
| 4. MEMBER | DECALOGUE SOCIETY |
| 5. MEMBER | AMERICAN BAR ASSOCIATION |
| 6. MEMBER | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES |
| 7. ADVISORY BOARD | JUST THE BEGINNING - A PIPELINE ORGANIZATION a/k/a JTB-APO |
| 8. "PRIVILEGE" HOLDER | UNION LEAGUE CLUB OF CHICAGO - SEE (1) UNDER VIII |
| 9. TRUSTEE TO FAMILY TRUST | FAMILY TRUST - SEE (2) UNDER VIII |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 05/30/2014 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/13 | Former wife's State of Illinois Teacher Retirement after death 10/22/98 converted to spousal annuity plus annual COLA. Income $30,180 | $30,180.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Spouse practices law in Northern Indiana |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bar Harbor Bank & Trust Ellsworth, ME | Mortgage | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK (ACCOUNT) | A | Interest | J | T | | | | | SEE (3) UNDER VIII |
| 2. MASS MUTUAL LIFE INSURANCE | A | Interest | J | T | | | | | |
| 3. IRA FIDELITY GNMA FUND | B | Dividend | K | T | Buy | 1/15/13 | K | | |
| 4. IRA FIDELITY GNMA FUND | B | Dividend | K | T | Sold (part) | 6/28/13 | K | | |
| 5. IRA FIDELITY GOVERNMENT INCOME | A | Dividend | J | T | Sold (part) | 03/28/13 | K | | |
| 6. IRA FIDELITY GOVERNMENT INCOME | A | Dividend | J | T | Sold (part) | 06/28/13 | J | | |
| 7. IRA FIDELITY INTER BOND | A | Dividend | K | T | Sold (part) | 06/28/13 | J | | |
| 8. IRA FIDELITY CASH RESERVES | A | Dividend | J | T | Sold (part) | 01/15/13 | J | | |
| 9. IRA FIDELITY INVESTMENT GRADE | B | Dividend | K | T | Sold (part) | 06/28/13 | K | | |
| 10. IRA FIDELITY SHORT TERM BOND | A | Dividend | J | T | Sold (part) | 01/15/13 | K | | |
| 11. IRA FIDELITY SHORT TERM BOND | A | Dividend | J | T | Sold (part) | 12/12/13 | K | | |
| 12. IRA FIDELITY FOCUSED HIGH INCOME FUND | C | Dividend | L | T | Buy (add'l) | 1/15/13 | J | | |
| 13. IRA FIDELITY TOTAL BOND | B | Dividend | K | T | | | | | |
| 14. IRA FIDELITY NEW MILLENIUM | C | Dividend | L | T | Buy | 03/28/13 | J | | |
| 15. IRA FIDELITY BALANCED | C | Dividend | K | T | | | | | |
| 16. IRA FIDELITY LOW PRICED STOCK | C | Dividend | K | T | Buy | 03/28/13 | J | | |
| 17. IRA FIDELITY LOW PRICED STOCK | C | Dividend | K | T | Buy | 6/28/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IRA FIDELITY NASDAQ COMPOSITE | A | Dividend | K | T | Buy | 06/28/13 | K | | |
| 19.  TRUSTEE OF FAMILY TRUST | | None | | | | | | | SEE (4) UNDER VIII |
| 20.  REMARRIED CALENDAR YEAR 2001; WIFE INVESTMENTS FOLLOW | | | | | | | | | SEE (5) UNDER VIII |
| 21.  FEDERAL HOME LOAN MTG CORP 7.5% | A | Interest | J | T | Sold (part) | 12/31/13 | J | | |
| 22.  GE GLOBAL INS 6.45% | C | Interest | L | T | Sold (part) | 01/29/13 | J | C | |
| 23.  GE GLOBAL INS 6.45% | C | Interest | L | T | Sold (part) | 8/18/13 | J | B | |
| 24.  NATIONAL CITY BANK OF LAPORTE (ACCOUNT) | A | Interest | J | T | | | | | |
| 25.  POWERSHARES GLOBAL TR PREFERRED ETF | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 26.  PIMCO ALL ASSET AUTHORITY CL C | A | Dividend | | | Sold | 08/12/13 | J | A | |
| 27.  ALL AMERICAN FINANCIAL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 28. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: POSITIONS

1. LINE 8: IN 1988, UNION LEAGUE CLUB OF CHICAGO ADMITTED ALL FEDERAL JUDGES TO "PRIVILEGE" OF USING FACILITIES AT THE CLUB WITHOUT PAYMENT OF ANY INITIATION FEE. AS PRIVILEGE HOLDERS, WE EACH PAY A MONTHLY JUDICIAL RATE (NOW $78 PER MONTH), FIXED BY THE CLUB TO COVER ITS OVERHEAD COSTS FOR PRIVILEGE HOLDERS. WE MUST ALSO PAY REGULAR RATES FOR ALL FOOD, LODGING, ENTERTAINMENT, PROGRAMS, OR USE OF FACILITIES REQUIRING SPECIAL CHARGES. THIS IS NOT AN HONORARY MEMBERSHIP OR A MEMBERSHIP AT ALL, BUT IS UNDER A CLUB "PRIVILEGE" CATEGORY TO USE THE FACILITIES BY PAYING REGULAR RATES FOR WHATEVER WE USE.

2. LINE 9: AFTER DEATH OF FORMER SPOUSE (10/28/98), TRUSTEE BECAME TRUSTEE OF FAMILY TRUST WHICH OWNS INSURANCE POLICY, RESIDENCE, AND SUMMER HOME UNDER TESTAMENTARY TRUST WHICH TRUSTEE IS BENEFICIARY FOR LIFE (EXCEPT FOR INSURANCE POLICY), AND THEN CHILDREN AS SUCCESSORS.

PART VII: INVESTMENTS AND TRUSTS

3. LINE 1: CHASE BANK: ADDED "ACCOUNT" BECAUSE THIS IS A CHECKING ACCOUNT AND ACCUMULATES A MINIMUM AMOUNT OF INTEREST PER YEAR. LETTER SENT TO COMMITTEE 6/5/10 INDICATING SAME.

4 LINE 16:TRUST #1 OF WHICH ASSETS ARE LIFE INSURANCE PURCHASED THROUGH U.S. GOVERNMENT AND PERSONAL RESIDENCES IN ILLINOIS AND MICHIGAN FROM WHICH NO INCOME IS DERIVED, OF WHICH TRUSTEE #1 IS BENEFICIARY AND CHILDREN ARE SUCCESSOR BENEFICIARIES.

5 LINE 21-27: REMARRIED DURING CALENDAR YEAR 2001 AND WIFE'S ASSETS ARE LISTED ON THESE LINES.6

6. PART III (B) - SPOUSES'S NON-INVESTMENT INCOME - INFORMATION INADVERTENTLY OMITTED IN 2012 REPORT.
   PART III (A) - FORMER WIFE'S STATE OF ILLINOIS TEACHER'S RETIREMENT ANNUITY IN THE AMOUNT OF $29,301.44 INADVERTENTLY OMITTED IN 2012 REPORT.

7.PART VI - LIABILITIES - INFORMATION ON SPOUSE'S VACATION HOME LOCATED IN MAINE WAS INADVERTENTLY OMITTED IN PRIOR REPORTS.

| Name of Person Reporting | Date of Report |
|---|---|
| SCHMETTERER, JACK B. | 05/30/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JACK B. SCHMETTERER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544